Josephine M. Gerrard (CBN 303221)
Gerrard Law Offices
1791 Solano Avenue, Suite F01
Berkeley, California 94707
Tel: (510) 838-0529
Fax: (510) 280-1635
jo@gerrardlawoffices.com
Attorney for the Plaintiff, Clyde Marion Kelley

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLYDE MARION KELLEY,<br><br>Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO,<br>Commissioner Of Social Security,<br><br>Defendant | Case No. 2:25-cv-01993-CKD<br><br>ORDER FOR A THIRTY DAY EXTENSION TO FILE PLAINTIFF'S OPENING BRIEF |

Good cause appearing:

1. The parties' stipulation for an extension of time to file plaintiff's opening brief (ECF No. 10) is GRANTED; and

2. Plaintiff's opening brief now is due November 5, 2025, and Defendant's response due on or before December 5, 2025.

**IT IS ORDERED**.

Dated:  October 2, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE