ERIC GRANT
Acting United States Attorney
MATHEW W. PILE, WSBN 32245
Head of Program Litigation 1
Social Security Administration
MARLA K. LETELLIER, CA 234969
Special Assistant United States Attorney
    6401 Security Boulevard
    Baltimore, Maryland 21235
    Telephone: (510) 970-4814
    E-Mail: Marla.Letellier@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLYDE MARION KELLEY,<br><br>    Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.: 2:25-cv-01993-CKD<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

      Pending the Court's approval, the time for Defendant to file her Motion for Summary Judgment is extended thirty-five (35) days from December 3, 2025, up to and including January 7, 2026. This is the Defendant's first request for an extension on the deadline to file his Motion for Summary Judgment.

      After being recently assigned this case, Counsel for Defendant respectfully requests this extension in order to adequately evaluate the issues presented. Counsel requests a 35-day extension due to the backlog of work created by the extended lapse in appropriations as well as planned leave during the holidays. Defendant appreciates Plaintiff's counsel's professional courtesy and apologizes to the Court for the inconvenience.

      Accordingly, the parties hereby stipulate that Defendant's Motion for Summary

Judgment be due on January 7, 2025.  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                          Respectfully submitted,

Dated:  December 2, 2025        ERIC GRANT
                                          United States Attorney

                             By     /s/  *Marla K. Letellier*
                                      MARLA K. LETELLIER
                                      Special Assistant U.S. Attorney

                                        Attorneys for Defendant

Dated:  December 2, 2025        GERRARD LAW OFFICES

                             By     /s/  *Josephine M. Gerard\**
                                      (\*as authorized via e-mail on December 2, 2025)
                                      JOSEPHINE M. GERARD
                                      Attorney for Plaintiff

## **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including January 7, 2026, to file his Motion for Summary Judgment.

Dated:  December 5, 2025

                                        CAROLYN K. DELANEY
                                        UNITED STATES MAGISTRATE JUDGE