```
ERIC GRANT
Acting United States Attorney
MATHEW W. PILE, WSBN 32245
Head of Program Litigation 1
Social Security Administration
MARLA K. LETELLIER, CA 234969
Special Assistant United States Attorney
      6401 Security Boulevard
      Baltimore, Maryland 21235
      Telephone: (510) 970-4814
      E-Mail: Marla.Letellier@ssa.gov

Attorneys for Defendant
```

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLYDE MARION KELLEY,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.: 2:25-cv-01993-CKD<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

　　　Pending the Court's approval, the time for Defendant to file his Motion for Summary Judgment is extended two (2) days from January 7, 2026 to January 9, 2026.  This is the Defendant's second request for an extension on the deadline to file his Motion for Summary Judgment.

　　　Counsel for Defendant regretfully requests this short extension after discovering that she had made a calendaring error in this case.  Counsel acted quickly to remedy this error as soon as she discovered it.  Defendant appreciates Plaintiff's counsel's professional courtesy and apologizes to the Court for the inconvenience.

　　　Accordingly, the parties hereby stipulate that Defendant's Motion for Summary Judgment be due on January 9, 2025.  The parties further stipulate that the Court's Scheduling

Order shall be modified accordingly.

Respectfully submitted,

Dated: January 7, 2026

ERIC GRANT
United States Attorney

By  /s/ *Marla K. Letellier*
MARLA K. LETELLIER
Special Assistant U.S. Attorney

Attorneys for Defendant

Dated: January 7, 2026

GERRARD LAW OFFICES

By  /s/ *Josephine M. Gerard**
(*as authorized via e-mail on January 7, 2026)
JOSEPHINE M. GERARD
Attorney for Plaintiff

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including January 9, 2026, to file his Motion for Summary Judgment.

Dated: January 08, 2026

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE